AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CARRINGTON TAYLOR,<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 17-6200-Seltzer

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____5/23/2017_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(iv) | Knowingly and willfully encourage and induce an alien, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Malone, Special Agent/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____05/24/2017 - 10:37 a.m._____

_____
*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____

Hon. Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Joseph Malone, being duly sworn, depose and state as follows.

1.     I am a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations (HSI) and have been so employed for fourteen years.  I am currently assigned to the Public Safety Group in the Fort Lauderdale HSI office.  My current responsibilities include the investigation of criminal and administrative violations related to the Immigration and Nationality Act and other federal criminal offenses.

2.     The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement and law enforcement support personnel.  Because this Affidavit is submitted for the limited purpose of establishing probable cause that Carrington TAYLOR did knowingly and willfully encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of the law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), I have not included each and every fact known to me or law enforcement in this investigation.

3.     In the late evening hours of May 22, 2017, a United States Coast Guard (USCG) cutter on routine patrol initially observed an approximately 36-foot cabin cruiser vessel with Florida registration number FL0966LY approximately 24 nautical miles east northeast of Fort Lauderdale, Florida.  The vessel was observed on a westbound course towards the United States. Later that evening, the USCG cutter attempted to establish contact with the vessel on VHF Channel 16.  When the vessel did not respond, the USCG cutter energized its blue law enforcement light and shined a spotlight to attract the attention of the vessel.  The vessel failed to respond and proceeded on its course towards the United States.

4. The USCG cutter then launched its small boat to stop the vessel. Upon approaching the vessel, USCG officers in the small boat observed an adult male, later identified as Carrington TAYLOR, going back and forth from the steering wheel to below deck. TAYLOR was the only person initially observed on deck of the vessel. USCG officers embarked the vessel in the early morning hours of May 23, 2017, approximately 10 nautical miles east of Fort Lauderdale, Florida, within the United States territorial seas, to conduct a routine administrative boarding.

5. Upon boarding the vessel, TAYLOR identified himself as the operator of the vessel. TAYLOR stated that he and his mechanic left Port Everglades, Florida to test-drive the vessel after having work done to it. An additional person, who TAYLOR claimed was the mechanic, came out from the cabin of the vessel. TAYLOR indicated that his mechanic was the only other person on the vessel. During the boarding of the vessel, a total of four additional persons were subsequently discovered inside the cabin of the vessel. TAYLOR claimed to be a United States citizen but presented no identification. None of the five occupants presented valid documentation to enter the United States. The five occupants and TAYLOR were then transferred to a U.S. Coast Guard cutter for biometrics processing and further investigation.

6. On the evening of May 23, 2017, the vessel's occupants were brought ashore in Broward County and were transferred to the Dania Beach Border Patrol Station. There, Border Patrol agents conducted biometrics processing and records checks on all six individuals. The results of those queries revealed that TAYLOR is a United States citizen, and the other five occupants on the vessel included: one Jordanian national, one Israeli national, and three Jamaican nationals. Records checks of immigration databases revealed that all five occupants

2

were aliens who did not have status in the United States, and that none of them had permission to enter the United States on or about May 23, 2017.

7      Four of the aliens provided post-*Miranda* statements to HSI Special Agents regarding the smuggling venture.   All four individuals stated that they had departed from Bimini, Bahamas with the intention of travelling to the United States.   Several of the aliens admitted they had paid money to travel to the United States illegally on the vessel.   Each of the four aliens identified a photo of TAYLOR as the operator of the vessel.   One of the aliens stated that he, along with three of the other aliens, departed Bimini, Bahamas on a small boat and boarded the vessel operated by TAYLOR at sea near Bimini.

8.      During a post-*Miranda* interview, TAYLOR stated that he had driven the vessel out to sea for a test-drive and drifted to Bimini, but was not aware that anyone else was on the vessel.   However, several of the aliens indicated that TAYLOR checked their bags when they boarded and told them where to go on the vessel.   Additionally, HSI Special Agents seized over $4,900.00 USD and the vessel registration, which were found in TAYLOR's possessions.

9.      Based upon the foregoing, your Affiant submits that there is probable cause to believe that Carrington TAYLOR did knowingly and willfully encourage and induce an alien to come to, enter, and reside in the United States, knowing and reckless disregard of the fact that

such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Joseph Malone, Special Agent
Homeland Security Investigations

Sworn and subscribed before me this
24th day of May, 2017.

HON. BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. _____

UNITED STATES OF AMERICA

v.

CARRINGTON TAYLOR,

   Defendant.
_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United
     States Attorney's Office prior to October 14, 2003? _____ Yes   X   No

2.   Did this matter originate from a matter pending in the Central Region of the United States
     Attorney's Office prior to September 1, 2007? _____ Yes   X   No

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____
EMILY A. ROSE
Special Assistant United States Attorney
Court ID No. A5502275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9136
Fax: (305) 530-7976
Emily.Rose@usdoj.gov